**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 41 WAL 2023

               Respondent                  :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

           v.                            :

                                        :

MICHAEL ERIC BUCHANAN,            :

                                      :

              Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.